# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:05-cr-47-Orl-28KRS

JEREMY CHARLES DEWITTE

---

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on September 8, 2005, I conducted the Final Probation Revocation Hearing of the Defendant on the Superseding Petition for Warrant or Summons for Offender Under Supervision filed September 8, 2005 by Probation Officer Scott Fanelli.

In the Superseding Petition, Probation Officer Scott Fanelli alleges the Defendant was in violation of:

- Supervised Release Standard Condition 1

    Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court.

    On divers dates between the first day of October 2004 and the 31st of October 2004, Jeremy Dewitte, in violation of section 800.04(4), Florida Statute, Unlawfully had Sexual Intercourse with a 15-Year old girl. He was subsequently arrested and charges with Lewd and Lascivious Battery, a Second Degree Felony, in the Circuit Court of Orange County, Florida, Docket No. 48-2005-CF-000394-0. On July 20, 2005, in the Circuit Court of Orange County, Florida, Docket No. 48-2005-CF-000394-0, Dewitte was convicted of the offense of Lewd or Lascivious Battery, in violation of Florida Statute 800.04(4)(a), a Second Degree Felony.

The Government presented evidence which established that the defendant committed the violation as alleged in Superseding Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 8th day of September, 2005.

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant
Jeremy Charles Dewitte